# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alvin Lloyd

                Plaintiff,

v.                                            Case No.: 1:19−cv−06225
                                                        Honorable Steven C. Seeger

Whirlpool Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2020:

    MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Status Report (Dckt. No. [83]) about the progress of discovery, including upcoming depositions. Defendant Whirlpool's unopposed motion to extend the discovery deadline (Dckt. No. [82]) is hereby granted. Whirlpool requested a two−month extension due in part to the departure of counsel. As requested, fact discovery will close on February 28, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.