# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Alvin Lloyd,

Plaintiff,

v.

Whirlpool Corporation,

Defendant.

Case No. 1:19-cv-6225
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants
in the amount of $          ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Whirlpool Corporation
and against plaintiff(s) Alvin Lloyd

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion for summary judgment.

Date: 9/26/2022                    Thomas G. Bruton, Clerk of Court

                                   Jessica J. Ramos, Deputy Clerk